UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENIFER KENNEY,

                Plaintiff,

v.

                                               ORDER

HABITAT FOR HUMANITY NEW YORK
CITY AND WESTCHESTER COUNTY, et al.,      25-cv-04400-PMH

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  White Plains, New York
          November 14, 2025

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge